# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 24, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

149168-9

DIANE NASH, Personal Representative of the
ESTATE OF CHANCE AARON NASH,
      Plaintiff-Appellee,

v

DUNCAN PARK COMMISSION,
      Defendant-Appellant.

SC: 149168
COA: 309403
Ottawa CC: 10-002119-NO

_____/

DIANE NASH, Personal Representative of the
ESTATE OF CHANCE AARON NASH,
      Plaintiff-Appellee,

v

DUNCAN PARK TRUST, and EDWARD
LYSTRA, RODNEY GRISWOLD, and JERRY
SCOTT, Individually and as Trustees of the
DUNCAN PARK TRUST,
      Defendants-Appellants.

SC: 149169
COA: 314017
Ottawa CC: 12-002801-NO

_____/

On order of the Court, the application for leave to appeal the March 20, 2014 judgment of the Court of Appeals is considered, and it is GRANTED, limited to the issue whether the Duncan Park Commission constitutes "a district or authority authorized by law or formed by 1 or more political subdivisions; or an agency, department, court, board, or council of a political subdivision." MCL 691.1401(e).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 24, 2014 _____



t1021

        Clerk